# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PAUL BLAIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:21-cv-00068-NT |
| | ) |
| ST MARY'S HEALTH SYSTEMS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE
## ORDER OF THE MAGISTRATE JUDGE

On February 11, 2022, the United States Magistrate Judge filed with the Court, with copies to counsel, his Order on the Defendants' Motion for a Limited Protective Order (ECF No. 49). The Defendants filed an objection to the Order on February 25, 2022 (ECF No. 50). I have reviewed and considered the Order and the timely objection thereto. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law, *see* Fed. R. Civ. P. 72(a), and therefore the objection (ECF No. 50) is hereby **OVERRULED**.

It is therefore **ORDERED** that the Order of the Magistrate Judge is hereby **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 17th day of March, 2022.