UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAUL BLAIS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ST. MARY'S HEALTH SYSTEMS AND COVENANT HEALTH SYSTEMS, INC.,<br><br>　　Defendants. | Civil Action No. 2:21-cv-00068-NT |

### STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, waiving all rights of appeal, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 8th day of December 2023

/s/ Chad T. Hansen
Chad T. Hansen, Esq.
Attorney for the Plaintiff

Employee Rights Group
92 Exchange Street
Portland, Maine 04101
207-874-0905
chad@employeerightslaw.attorney


/s/ Timothy Powell
Timothy Powell, Esq.
Attorney for Defendants

Littler Mendelson, P.C.
One Monument Square, Suite 600
Portland, ME 04101
Phone: 207.774.6001
tpowell@littler.com

1

2

CERTIFICATE OF SERVICE

      I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date: December 8, 2023                    /s/ Chad T. Hansen  
                                                     Chad T. Hansen